

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00202-CR
### No. 10-24-00203-CR

## IN RE EARNEST KEY JOHNSON

### Original Proceeding

### From the 272nd District Court
### Brazos County, Texas
### Trial Court Nos. 18-5306-CRF-272 and 18-4253-CRM-272

## MEMORANDUM OPINION

Relator Earnest Key Johnson's petition for writ of mandamus, filed on July 2, 2024, is denied in each cause.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed July 18, 2024
[OT06]